**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

*Anthony C. Barrett*

(Enter Above the Name of the Plaintiff in this Action)

VS.

*United States Federal Bureau of Prisons*

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

RECEIVED

AUG 2 3 2022

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**2:22 CV 3 2 1 8**

**JUDGE   SARGUS**

**MAGISTRATE JUDGE   DEAVERS**

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

*Anthony C. Barrett*

Name - Full Name Please - PRINT

*505 Wild Indigo Run*

Street Address

*Columbus Ohio 43081*

City, State and Zip Code

*614 975 5012*

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. *Federal Bureau of Prisons*
Name - Full Name Please
*320 1st St Washington, DC 20534*
Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title *18* United States Code, Section *4042*
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

This complaint is filed on my behalf for the Mismanagement of my health care and health. From 2012 thru 2022 my health care was in the hands of the Federal Bureau of Prisons Health Services. Upon my entry into the fedeal Bureau of Prisons I entered with one medical condition Chronic Kidney Disease Stage One. I currently suffer from diabetes, hypertension, Chronic Kidney disease stage 3. I have all these conditions because of mismanagement of my health by the federal bureau of prison medical health staff. I believe this type of mismanangement constitutes a violation of my constitutical rights. In December 2021 I was suppose to revisit the Nephrologist this did not happen due to mismanagement of my health. On November 2, 2021 I received a response from the Warden seeking a reduction in sentence that initial request was based principally on my belief that my medical care was being mismanaged. The health issues that I currently have I will have to deal with for the rest of my life. This is a lot of suffering and pain all because of those that were to care for me properly failed.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>        <u>Caption</u>

1:20-cv-018 _Anthony Barrett_ vs. _A. Ciolli, et al._
02-JLT-EPG _____ vs. _____

_____ _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

I would like to be compensated for my pain
and suffering for the mismanagement of
my health. The federal bureau of prison had
a responsibility to care for me and they failed.
I have to deal with there failure for the
rest of my life. Upon release from the
care of the federal bureau of Prisons
the federal bureau of Prisons failed to
give me a supply of my prescribed
medication. This is also a violation
of care.

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _18_ day of _August_ , 20_22_.

_Anthony C Barrett_
Signature of Plaintiff

-4-